# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Action No. 3:19-cr-00302-JMC-1 |
| ) | |
| v. ) | |
| ) | **ORDER** |
| KENYADA JAQU, ALSO KNOWN AS ) | |
| KEN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter is before the court to address the posture of the case in light of documents that were filed pro se by Defendant Kenyada Jaqu (by way of his mother) on February 4, 2020. (*See* ECF No. 143.) At the time these documents were filed, Jaqu was represented by counsel, Connie D. Breeden. Because Jaqu does not have a right to hybrid representation, the court need not address, review, or consider the substantive content of these documents. *See, e.g.*, *McKaskle v. Wiggins*, 465 U.S. 168, 183 (1984); *United States v. Johnson*, 464 F. App'x 175, 177 (4th Cir. 2012); *Pagliaccetti v. Kerestes*, 948 F. Supp. 2d 452, 457 (E.D. Pa. 2013) ("Because there is no constitutional right to hybrid representation, [] a district court is not obligated to consider pro se motions by represented litigants,. . . .") (citing *McKaskle*). However, the court acknowledges that Jaqu's documents were filed without any restrictions. Moreover, upon a cursory review of the content of the documents, it appears that Jaqu was attempting to communicate information regarding his case to his attorney. In an attempt to determine whether Jaqu's actions have created any constitutional issues as to the foregoing, the court has scheduled a teleconference with counsel for 11 a.m. on Thursday, February 5, 2020. As long as he is represented by counsel, Defendant Kenyada Jaqu and his mother are expressly **ORDERED** to not file pro se any additional documents.

**IT IS SO ORDERED.**

*J. Michelle Childs*
United States District Judge

February 5, 2020
Columbia, South Carolina